UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ,<br><br>     Plaintiff,<br><br>    v.<br><br>VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER d/b/a VANGUARD WEST SUBURBAN MEDICAL CENTER, an Illinois Corporation; KAROLE A LAKOTA TREESE, M.D.; DANIELLE KRAESSIG, C.N.M.; CECELIA B. BACOM, C.N.M.; and PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER, an Illinois Corporation,<br><br>     Defendants. | No. 14 C 10451<br><br>Judge<br><br>Formerly Case No. 2014 L 008807, Circuit Court of Cook County, Illinois |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To: Dorothy Brown, Clerk      Francis P. Morrissey
   Circuit Court of Cook County, Illinois Burke Wise Morrissey & Kaveny
   Richard J. Daley Center, Room 1001 161 North Clark Street, Suite 3250
   50 West Washington Street    Chicago, Illinois 60601
   Chicago, Illinois 60602

  The United States of America, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support states the following:

1. On August 22, 2014, plaintiff Maria Ester Godinez, as representative of the Estate of Eric Isaac Venegas Godinez, commenced the above civil action against VHS Suburban Medical Center, Inc., PCC Community Wellness Center, Karole Lakota-Treese, M.D., Danielle Kraessig, C.N.M., and Cecelia Bacom, C.N.M. A copy of the state court complaint is attached as Exhibit A.

2. For the purposes of this lawsuit, the designee of the Attorney General of the United States certifies that PCC Community Wellness Center is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. *See* Exhibit B. In addition, the designee of the Attorney General of the United States further certifies that Karole Lakota-Treese, M.D., Danielle Kraessig, C.N.M., and Cecelia Bacom, C.N.M. were acting within the scope of their employment at the PCC Community Wellness Center with respect to the incidents referred to in the complaint. *Id.*

3. This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal under 28 U.S.C. § 233(c), this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendants PCC Community Wellness Center, Karole Lakota-Treese, M.D., Danielle Kraessig, C.N.M., and Cecelia Bacom, C.N.M.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of PCC Community Wellness Center, Karole A. Lakota-Treese, Danielle Kraessig, and Cecilia Bacom.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Douglas G. Snodgrass
    DOUGLAS G. SNODGRASS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2065
    douglas.snodgrass@usdoj.gov