## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MARIA ESTER GODINEZ, Personal )
Representative of the Estate of ERIC )
ISAAC VENEGAS GODINEZ, )
Deceased, )
                               )
        Plaintiff, )
                               )
      v. )        No.
                               )
VHS WEST SUBURBAN MEDICAL )
CENTER, INC. d/b/a WEST )
SUBURBAN MEDICAL CENTER d/b/a )
VANGUARD WEST SUBURBAN )
MEDICAL CENTER; an Illinois )
corporation; )
KAROLE A. LAKOTA TREESE, M.D.; )
DANIELLE KRAESSIG, C.N.M.; )
CECELIA B. BACOM, C.N.M.; and, )
PCC COMMUNITY WELLNESS )
CENTER d/b/a PCC SOUTH FAMILY )
HEALTH CENTER d/b/a PCC LAKE )    Plaintiff Demands Trial By Jury
STREET FAMILY HEALTH CENTER, )
an Illinois corporation, )    Attorney Affidavit Attached
                               )
        Defendants. )    Physician's Affidavits Attached

### COMPLAINT AT LAW

    Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC

ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey

& Kaveny, complaining of the defendants, states as follows:

### FACTS COMMON TO ALL COUNTS

    1.    That on or about August 29, 2012, and at all times material herein, defendant,

KAROLE A. LAKOTA TREESE, M.D. was a physician licensed to practice medicine in the

state of Illinois, specializing in family medicine.

2.     That on or about August 29, 2012, and at all times material herein, defendant, KAROLE A. LAKOTA TREESE, M.D. was an employee, officer, agent, and/or apparent agent of VHS WEST SUBURBAN MEDICAL CENTER, INC. d/b/a WEST SUBURBAN MEDICAL CENTER d/b/a VANGUARD WEST SUBURBAN MEDICAL CENTER ("VHS WEST SUBURBAN").

3.     That on or about August 29, 2012, and at all times material herein, defendant, KAROLE A. LAKOTA TREESE, M.D. was an employee, officer, agent, and/or apparent agent of PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER ("PCC HEALTH").

4.     That on or about August 29, 2012, and at all times material herein, defendant, DANIELLE KRAESSIG, C.N.M. was a Nurse Midwife certified in the state of Illinois

5.     That on or about August 29, 2012, and at all times material herein, defendant, DANIELLE KRAESSIG, C.N.M. was an employee, officer, agent, and/or apparent agent of VHS WEST SUBURBAN.

6.     That on or about August 29, 2012, and at all times material herein, defendant, DANIELLE KRAESSIG, C.N.M. was an employee, officer, agent, and/or apparent agent PCC HEALTH.

7.     That on or about August 29, 2012, and at all times material herein, defendant, CECELIA B. BACOM, C.N.M. was a Nurse Midwife certified in the state of Illinois

8.     That on or about August 29, 2012, and at all times material herein, defendant, CECELIA B. BACOM, C.N.M. was an employee, officer, agent, and/or apparent agent of VHS WEST SUBURBAN.

9. That on or about August 29, 2012, and at all times material herein, defendant, CECELIA B. BACOM, C.N.M. was an employee, officer, agent, and/or apparent agent PCC HEALTH.

10. That on and before August 29, 2012, and at all times material hereto, defendant, VHS WEST SUBURBAN, employed nurses, physicians, technicians and other health care providers in Oak Park, Illinois.

11. That on and before August 29, 2012, and at all times material hereto, defendant, VHS WEST SUBURBAN, held themselves out to the public and plaintiff, MARIA ESTER GODINEZ, as having skilled health care workers.

12. That on or about August 9, 2012, plaintiff, MARIA ESTER GODINEZ, was 41.1 weeks pregnant.

13. That on or about August 9, 2012, plaintiff, MARIA ESTER GODINEZ, was admitted to defendant, VHS WEST SUBURBAN, for the purpose of management of her pregnancy.

14. That on or about August 9, 2012, defendant, TREESE, was the attending physician for plaintiff, MARIA ESTER GODINEZ.

15. That on or about August 9, 2012, plaintiff, MARIA ESTER GODINEZ, received medical care and treatment from defendant, KRAESSIG.

16. That on or about August 9, 2012, plaintiff, MARIA ESTER GODINEZ, received medical care and treatment from defendant, BACOM.

17. That on or about August 9, 2012, plaintiff, MARIA ESTER GODINEZ, received care from the nursing staff at defendant, VHS WEST SUBURBAN.

18.    That on or about August 10, 2012, plaintiff, MARIA ESTER GODINEZ, underwent a C-section surgery for delivery of her son, ISAAC VENEGAS GODINEZ.

## COUNT I

### Karole A. Lakota Treese, M.D. – Survival Action

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, KAROLE A. LAKOTA TREESE, M.D. ("TREESE"), states as follows:

1.-18.  Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count I.

19.    That on August 9, 2012, defendant, TREESE, was negligent in one or more of the following respects:

   (a)    Failed to properly manage prolonged second stage of labor;

   (b)    Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

   (c)    Failed to act timely upon repetitive decelerations in a VBAC patient;

   (d)    Failed to present for a bedside evaluation during protracted active stage of labor;

   (e)    Failed to have a competent surgeon present to perform a repeat cesarean section and;

   (f)    Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.    That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, TREESE, plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.     Plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, and the decedent's mother brings this cause of action on behalf of the Estate, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

22.     That plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, left surviving his mother, Maria Ester Godinez (DOB: 03/02/1982); his father, Aldolfo Venegas (DOB: 03/02/1979); his brother, Jorge Luis Venegas (DOB: 01/09/2007); and, his sister, Vanessa Venegas (DOB: 09/26/2008).

23.     Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, KAROLE A. LAKOTA TREESE, M.D., for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

## COUNT II

### Karole A. Lakota Treese, M.D. – Wrongful Death

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, KAROLE A. LAKOTA TREESE, M.D. ("TREESE"), states as follows:

1.-18.   Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count II.

19.    That on August 9, 2012, defendant, TREESE, was negligent in one or more of the following respects:

    (a)    Failed to properly manage prolonged second stage of labor;

    (b)    Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

    (c)    Failed to act timely upon repetitive decelerations in a VBAC patient;

    (d)    Failed to present for a bedside evaluation during protracted active stage of labor;

    (e)    Failed to have a competent surgeon present to perform a repeat cesarean section and;

    (f)    Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.    That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, Treese, plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.    Plaintiff, MARIA ESTER GODINEZ, brings this cause of action on behalf of the estate of the deceased pursuant to 740 ILCS 180/1 commonly known as the Illinois Wrongful Death Act.

22.    Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, KAROLE A. LAKOTA TREESE, M.D., for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

## COUNT III

**PCC Community Wellness Center d/b/a PCC South Family Health Center d/b/a PCC Lake Street Family Health Center – Agency – Karole A. Lakota Treese, M.D. – Survival Action**

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER ("PCC HEALTH"), states as follows:

1.-18.   Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count III.

19.   That on August 9, 2012, defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, KAROLE A. LAKOTA TREESE, M.D., was negligent in one or more of the following respects:

(a)   Failed to properly manage prolonged second stage of labor;

(b)   Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

(c)   Failed to act timely upon repetitive decelerations in a VBAC patient;

(d)   Failed to present for a bedside evaluation during protracted active stage of labor;

(e)   Failed to have a competent surgeon present to perform a repeat cesarean section and;

(f)   Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.   That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, KAROLE A.

LAKOTA TREESE, M.D., plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.    Plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, and the decedent's mother brings this cause of action on behalf of the Estate, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

22.    That plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, left surviving his mother, Maria Ester Godinez (DOB: 03/02/1982); his father, Aldolfo Venegas (DOB: 03/02/1979); his brother, Jorge Luis Venegas (DOB: 01/09/2007); and, his sister, Vanessa Venegas (DOB: 09/26/2008).

23.    Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER, for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

### COUNT IV

**PCC Community Wellness Center d/b/a PCC South Family Health Center d/b/a PCC Lake Street Family Health Center – Agency – Karole A. Lakota Treese, M.D. – Wrongful Death**

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, Deceased, by and through her attorneys, Burke Wise

Morrissey & Kaveny, complaining of defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER ("PCC HEALTH"), states as follows:

1.-18.   Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count IV.

19.   That on August 9, 2012, defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, KAROLE A. LAKOTA TREESE, M.D., was negligent in one or more of the following respects:

    (a)   Failed to properly manage prolonged second stage of labor;

    (b)   Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

    (c)   Failed to act timely upon repetitive decelerations in a VBAC patient;

    (d)   Failed to present for a bedside evaluation during protracted active stage of labor;

    (e)   Failed to have a competent surgeon present to perform a repeat cesarean section and;

    (f)   Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.   That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, KAROLE A. LAKOTA TREESE, M.D., plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.   Plaintiff, MARIA ESTER GODINEZ, brings this cause of action on behalf of the estate of the deceased pursuant to 740 ILCS 180/1 commonly known as the Illinois Wrongful Death Act.

22. Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER, for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

## COUNT V

### Danielle Kraessig, C.N.M. – Survival Action

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, DANIELLE KRAESSIG, C.N.M. ("KRAESSIG"), states as follows:

1.-18. Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count V.

19. That on August 9, 2012, defendant, KRAESSIG, was negligent in one or more of the following respects:

(a) Failed to properly manage prolonged second stage of labor;

(b) Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

(c) Failed to act timely upon repetitive decelerations in a VBAC patient;

(d) Failed to present for a bedside evaluation during protracted active stage of labor;

-10-

    (e)    Failed to have a competent surgeon present to perform a repeat cesarean section and;

    (f)    Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.    That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, KRAESSIG, plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.    Plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, and the decedent's mother brings this cause of action on behalf of the Estate, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

22.    That plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, left surviving his mother, Maria Ester Godinez (DOB: 03/02/1982); his father, Aldolfo Venegas (DOB: 03/02/1979); his brother, Jorge Luis Venegas (DOB: 01/09/2007); and, his sister, Vanessa Venegas (DOB: 09/26/2008).

23.    Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, DANIELLE KRAESSIG, C.N.M., for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

## COUNT VI

**Danielle Kraessig, C.N.M. – Wrongful Death**

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC

ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey

& Kaveny, complaining of defendant, DANIELLE KRAESSIG, C.N.M. ("KRAESSIG"), states

as follows:

1.-18.  Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18

as though fully set forth in this Count VI.

19.  That on August 9, 2012, defendant, KRAESSIG, was negligent in one or more of

the following respects:

(a)  Failed to properly manage prolonged second stage of labor;

(b)  Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

(c)  Failed to act timely upon repetitive decelerations in a VBAC patient;

(d)  Failed to present for a bedside evaluation during protracted active stage of labor;

(e)  Failed to have a competent surgeon present to perform a repeat cesarean section and;

(f)  Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.  That as a direct and proximate result of one or more of the above-mentioned

negligent acts or omissions by defendant, KRAESSIG, plaintiff's decedent, ERIC ISAAC

VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his

death on August 29, 2012.

21.     Plaintiff, MARIA ESTER GODINEZ, brings this cause of action on behalf of the estate of the deceased pursuant to 740 ILCS 180/1 commonly known as the Illinois Wrongful Death Act.

22.     Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, DANIELLE KRAESSIG, C.N.M., for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

**COUNT VII**

**PCC Community Wellness Center d/b/a PCC South Family Health Center d/b/a PCC Lake Street Family Health Center – Agency – Danielle Kraessig, C.N.M. – Survival Action**

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER ("PCC HEALTH"), states as follows:

1.-18.  Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count VII.

19.     That on August 9, 2012, defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, DANIELLE KRAESSIG, C.N.M., was negligent in one or more of the following respects:

(a)     Failed to properly manage prolonged second stage of labor;

(b)    Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

(c)    Failed to act timely upon repetitive decelerations in a VBAC patient;

(d)    Failed to present for a bedside evaluation during protracted active stage of labor;

(e)    Failed to have a competent surgeon present to perform a repeat cesarean section and;

(f)    Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.    That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, DANIELLE KRAESSIG, C.N.M., plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.    Plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, and the decedent's mother brings this cause of action on behalf of the Estate, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

22.    That plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, left surviving his mother, Maria Ester Godinez (DOB: 03/02/1982); his father, Aldolfo Venegas (DOB: 03/02/1979); his brother, Jorge Luis Venegas (DOB: 01/09/2007); and, his sister, Vanessa Venegas (DOB: 09/26/2008).

23.    Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER, for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

### COUNT VIII

**PCC Community Wellness Center d/b/a PCC South Family Health Center d/b/a PCC Lake Street Family Health Center – Agency – Danielle Kraessig, C.N.M. – Wrongful Death**

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER ("PCC HEALTH"), states as follows:

1.-18.   Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count VIII.

19.    That on August 9, 2012, defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, DANIELLE KRAESSIG, C.N.M., was negligent in one or more of the following respects:

(a)   Failed to properly manage prolonged second stage of labor;

(b)   Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

(c)   Failed to act timely upon repetitive decelerations in a VBAC patient;

(d)   Failed to present for a bedside evaluation during protracted active stage of labor;

(e)     Failed to have a competent surgeon present to perform a repeat cesarean section and;

(f)     Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.     That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, DANIELLE KRAESSIG, C.N.M., plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.     Plaintiff, MARIA ESTER GODINEZ, brings this cause of action on behalf of the estate of the deceased pursuant to 740 ILCS 180/1 commonly known as the Illinois Wrongful Death Act.

22.     Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER, for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

## COUNT IX

### Cecelia B. Bacom, C.N.M. – Survival Action

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey

& Kaveny, complaining of defendant, CECELIA B. BACOM, C.N.M. ("BACOM"), states as follows:

1.-18.  Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count IX.

19.    That on August 9, 2012, defendant, BACOM, was negligent in one or more of the following respects:

    (a)    Failed to properly manage prolonged second stage of labor;

    (b)    Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

    (c)    Failed to act timely upon repetitive decelerations in a VBAC patient;

    (d)    Failed to present for a bedside evaluation during protracted active stage of labor;

    (e)    Failed to have a competent surgeon present to perform a repeat cesarean section and;

    (f)    Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.    That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, BACOM, plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.    Plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, and the decedent's mother brings this cause of action on behalf of the Estate, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

22.    That plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, left surviving his mother, Maria Ester Godinez (DOB: 03/02/1982); his father, Aldolfo Venegas (DOB:

03/02/1979); his brother, Jorge Luis Venegas (DOB: 01/09/2007); and, his sister, Vanessa Venegas (DOB: 09/26/2008).

23.     Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, CECELIA B. BACOM, C.N.M., for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

## COUNT X

### Cecelia B. Bacom, C.N.M. – Wrongful Death

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, CECELIA B. BACOM, C.N.M. ("BACOM"), states as follows:

1.-18.   Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count X.

19.     That on August 9, 2012, defendant, BACOM, was negligent in one or more of the following respects:

    (a)     Failed to properly manage prolonged second stage of labor;

    (b)     Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

    (c)     Failed to act timely upon repetitive decelerations in a VBAC patient;

    (d)     Failed to present for a bedside evaluation during protracted active stage of labor;

(e)     Failed to have a competent surgeon present to perform a repeat cesarean section and;

(f)     Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.     That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, BACOM, plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.     Plaintiff, MARIA ESTER GODINEZ, brings this cause of action on behalf of the estate of the deceased pursuant to 740 ILCS 180/1 commonly known as the Illinois Wrongful Death Act.

22.     Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, CECELIA B. BACOM, C.N.M., for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

## COUNT XI

**PCC Community Wellness Center d/b/a PCC South Family Health Center d/b/a PCC Lake Street Family Health Center – Agency – Cecelia B. Bacom, C.N.M. – Survival Action**

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC

SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER ("PCC HEALTH"), states as follows:

1.-18.   Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count XI.

19.   That on August 9, 2012, defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, CECELIA B. BACOM, C.N.M., was negligent in one or more of the following respects:

    (a)   Failed to properly manage prolonged second stage of labor;

    (b)   Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

    (c)   Failed to act timely upon repetitive decelerations in a VBAC patient;

    (d)   Failed to present for a bedside evaluation during protracted active stage of labor;

    (e)   Failed to have a competent surgeon present to perform a repeat cesarean section and;

    (f)   Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.   That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, CECELIA B. BACOM, C.N.M., plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.   Plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, and the decedent's mother brings this cause of action on behalf of the Estate, pursuant to 755 ILCS 5/27-6, commonly known as the Illinois Survival Act.

22.    That plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, left surviving his mother, Maria Ester Godinez (DOB: 03/02/1982); his father, Aldolfo Venegas (DOB: 03/02/1979); his brother, Jorge Luis Venegas (DOB: 01/09/2007); and, his sister, Vanessa Venegas (DOB: 09/26/2008).

23.    Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands judgment against defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER, for a sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.

## COUNT XII

**PCC Community Wellness Center d/b/a PCC South Family Health Center d/b/a PCC Lake Street Family Health Center – Agency – Cecelia B. Bacom, C.N.M. – Wrongful Death**

Plaintiff, MARIA ESTER GODINEZ, Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, Deceased, by and through her attorneys, Burke Wise Morrissey & Kaveny, complaining of defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER ("PCC HEALTH"), states as follows:

1.-18.  Plaintiff restates, realleges and specifically incorporates paragraphs 1 through 18 as though fully set forth in this Count XII.

19.    That on August 9, 2012, defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, CECELIA B. BACOM, C.N.M., was negligent in one or more of the following respects:

    (a)    Failed to properly manage prolonged second stage of labor;

    (b)    Failed to insert internal fetal monitoring in a VBAC patient with repetitive decelerations;

    (c)    Failed to act timely upon repetitive decelerations in a VBAC patient;

    (d)    Failed to present for a bedside evaluation during protracted active stage of labor;

    (e)    Failed to have a competent surgeon present to perform a repeat cesarean section and;

    (f)    Negligently caused surgical trauma by creating a vesicovaginal fistula when she lacerated the bladder anteriorly and posteriorly.

20.    That as a direct and proximate result of one or more of the above-mentioned negligent acts or omissions by defendant, PCC HEALTH, by and through the acts and/or omissions of its agent, servant, employee and/or apparent agent, defendant, CECELIA B. BACOM, C.N.M., plaintiff's decedent, ERIC ISAAC VENEGAS GODINEZ, suffered injuries of a personal and pecuniary nature resulting in his death on August 29, 2012.

21.    Plaintiff, MARIA ESTER GODINEZ, brings this cause of action on behalf of the estate of the deceased pursuant to 740 ILCS 180/1 commonly known as the Illinois Wrongful Death Act.

22.    Pursuant to the Illinois Code of Civil Procedure, Section 2-622, the Affidavit of the attorney for the plaintiff is attached hereto as Exhibit A, along with a report of a qualified health professional as Exhibit B.

WHEREFORE, plaintiff, MARIA ESTER GODINEZ, Individually and as Personal Representative of the Estate of ERIC ISAAC VENEGAS GODINEZ, Deceased, demands

judgment against defendant, PCC COMMUNITY WELLNESS CENTER d/b/a PCC SOUTH

FAMILY HEALTH CENTER d/b/a PCC LAKE STREET FAMILY HEALTH CENTER, for a

sum in excess of the jurisdictional limits of the Circuit Court of Cook County, Illinois.


Francis P. Morrissey
Burke Wise Morrissey & Kaveny
161 North Clark Street
Suite 3250
Chicago, Illinois 60601
(312) 580-2040
Attorney No. 46603