# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Maria Ester Godinez ) | |
| ) | Case No: 14 C 10451 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| VHS West Suburban Medical Center, Inc., ) | |
| *et al.*, ) | |

## ORDER

Motion hearing held on 1/14/2015. The United States' motion to dismiss for failure to exhaust administrative remedies [5] is granted leaving this Court without federal jurisdiction to proceed with this lawsuit for the time being. Therefore, this case is hereby remanded back to the Circuit Court of Cook County pursuant to 28 U.S.C. §1447(d). The parties are requested to exhaust all settlement possibilities while Plaintiff fully exhausts the administrative remedies under the FTCA.

(T: 0:05)

Date: January 14, 2015                    /s/ Chief Judge Ruben Castillo