

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

January 29, 2015

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL 60602

Re: Godinez v. VHS West Suburban Medical Center, Inc. et al
USDC No: 14-cv-10451

Circuit Court No: 2014 L 008807

Dear Clerk:

A certified copy of an order entered on January 14, 2015 by the Honorable Ruben Castillo remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:    /s/ A.J. Squillante
       Deputy Clerk